Robert C. Schermer, Esq.
Greene Hamrick Quinlan & Schermer, P.A.
Post Office Box 551
Bradenton, Florida 34206
(941) 747-1871
Attorneys for AgSouth Farm Credit, ACA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES N. HOUGH, GENA G. HOUGH
AND WHITFIELD FARMS, LLC,

    Plaintiffs,

v.                                Case No: 8:16-cv-3066-T-30AEP

AGSOUTH FARM CREDIT, ACA,

    Defendant.
_____/

### AGSOUTH FARM CREDIT, ACA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE TRANSFER VENUE TO THE DISTRICT COURT OF SOUTH CAROLINA

For the reasons set forth in the accompanying Memorandum of Law, AGSOUTH FARM CREDIT, ACA ("AGSOUTH") moves to dismiss Plaintiffs JAMES N. HOUGH, GENA G. HOUGH and WHITFIELD FARMS, LLC's Complaint pursuant to Rule 12(b)(3) and (b)(6) of the Federal Rules of Civil Procedure. In the alternative, AGSOUTH requests that this matter be transferred pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) to the District Court of South Carolina, the only appropriate venue for this action. Venue cannot properly be laid in the Middle District of Florida under 28 U.S.C. § 1391(b)(1) because no party resides in this District, and venue is improper here under 28 U.S.C. § 1391(b)(2) because no substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this District. Therefore, pursuant to 28 U.S.C. § 1406(a), this Court may either dismiss this action or transfer it in the interest of justice to a district

in which it could have been brought. AGSOUTH requests that the Court transfer the action to the District of South Carolina, in which plaintiffs and defendant transact business, or to the Middle, Northern or Southern District Court of Georgia, where the defendant transacts business.

In the alternative, AGSOUTH moves the Court to exercise its discretion to transfer the venue of this action to either of the above-named districts for the convenience of the parties pursuant to 28 U.S.C. § 1404(a).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system at the time of filing via email: USTPRegion21.TP.ECF@USDOJ.GOV, and by prepaid and or regular first class United States mail on this ___ day of November, 2016, to the following persons:

John Richard Phillips, Jr., Esq.
2330 N. Highland Ave.
Tampa, Florida 33602

>GREENE HAMRICK QUINLAN
>& SCHERMER, P.A.
>
>_____
>Robert C. Schermer, Esquire
>Florida Bar No. 380741
>Post Office Box 551
>Bradenton, Florida 34206
>Telephone: (941) 747-1871
>Facsimile: (941) 747-2991
>Primary: rschermer@manateelegal.com
>Secondary: sdavis@manateelegal.com
>Attorneys for AgSouth Farm Credit, ACA